UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-71-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| ANTONIO SHELL MCLEAN | |

On motion of the Defendant, Antonio Shell McLean, and for good cause shown, it is hereby ORDERED that the **[DE 21]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _6_ day of _September_, 2017.

JAMES C. DEVER III
Chief United States District Judge